USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 10 2015

Case 1:14-cv-05495-JPO   Document 59   Filed 12/10/15   Page 1 of 1

14 cv 5495 (KBF)

| Avoca Plant Operations<br>1956 to 1996 | Avoca Complaint<br>January 2005 | Tronox Bankruptcy<br>January 2009 | Tronox Adversary Proceeding<br>May 2009 |
|---|---|---|---|
| | **Plaintiffs**<br>Avoca Claimants | **Creditors**<br>Avoca Claimants | **Beneficiaries**<br>Avoca Claimants |
| | — v. — | | |
| | **Defendant(s)**<br>Kerr-McGee Corp. f/k/a Kerr-McGee Holdco, Inc.*<br>*Avoca Complaint at ¶¶ 17 & 18* | **Non-Debtor**<br>Kerr-McGee Corp. | **Defendant**<br>Kerr-McGee Corp. |
| **Parent**<br>Kerr-McGee Corporation<br>*Avoca Complaint at ¶ 16* | **Defendant**<br>Kerr-McGee Operating Corp.<br>*Avoca Complaint at ¶ 18* | **Debtor**<br>Tronox Worldwide<br>*Memorandum Opinion at 5* | **Plaintiff**<br>Tronox Worldwide |
| **Owner/Operator**<br>Kerr-McGee Chemical Corp.<br>(and predecessors)<br>*Avoca Complaint at ¶¶ 10-14* | **Defendant**<br>Kerr-McGee Chemical LLC<br>*Avoca Complaint at ¶ 15* | **Debtor**<br>Tronox LLC<br>*Avoca Motion to Restore at n. 5, ¶ 56(f)* | **Plaintiff**<br>Tronox LLC |

\* Kerr-McGee Holdco, Inc. was created as a new entity in May 2001 and changed its name to Kerr-McGee Corp. in August 2001. See Avoca Complaint at ¶¶ 17 & 18.


Court Exhibit 1